**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

RONALD BARRY EVANS                                                                      PETITIONER

vs.                                                              Civil Action No. 3:10-cv-207 HTW-LRA

WARDEN DALE CASKEY and
STATE OF MISSISSIPPI                                                                  RESPONDENTS

**FINAL JUDGMENT**

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same, hereby orders that the motion to dismiss by respondents is granted and the petition for writ of habeas corpus is dismissed. The above-styled and numbered cause is fully and finally dismissed.

**SO ORDERED, THIS THE 23rd DAY OF DECEMBER, 2010.**

**s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE**